# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOONLEUANG SENGSOURIGNET,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01834-SAB<br><br>ORDER ADVISING PARTIES OF STAY OF ACTION PURSUANT TO GENERAL ORDER 615 |

On December 30, 2020, Boonleuang Sensourignet ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Defendant") denying his application for disability benefits pursuant to the Social Security Act. The Court ordered that Defendant be served with the summons and complaint. (ECF No. 3.) On January 13, 2021, a proof of service was filed showing that Defendant has been served in this action. (ECF No. 8.)

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.

///

///

1  Accordingly, the parties are HEREBY NOTIFIED that pursuant to General Order
2 Number 615, this action has been stayed and the stay will be automatically lifted when the
3 Commissioner files the certified copy of the administrative record.  See E.D. Cal. G.O. No. 615,
4 ¶¶ 6, 10; see also ¶ 11 (setting forth good cause requirement to request lifting of stay in a specific
5 case).

IT IS SO ORDERED.

Dated:  **January 13, 2021**

UNITED STATES MAGISTRATE JUDGE